# Special Multi-Flex
## POLICY
From ITT Hartford



This SPECIAL MULTI-FLEX POLICY is provided by the insurance company(s) of ITT Hartford Insurance Group, shown below.

# COMMON POLICY DECLARATIONS

**ITT HARTFORD**

**POLICY NUMBER:** 42 UUC AU6453
**RENEWAL OF:** 42 UUC AU6453

**Named Insured and Mailing Address:**
**(No., Street, Town, State, Zip Code)**

CELLULAR TELECOMMUNICATIONS
INDUSTRY ASSOCIATES
1250 CONNECTICUT AVENUE, N.W.,#200
WASHINGTON          , DC  20036

**Policy Period:**          **From**   06/01/96 **To** 06/01/97

12:01 A.M.,     Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

**Total Advance Premium:**          $12,545.00

**Coverage Part and Insurance Company Summary**                    **Advance Premium**

COMMERCIAL PROPERTY
HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115                                          $ 2,086.00

COMMERCIAL INLAND MARINE
HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115                                          $ 1,998.00

LISTING OF ADDITIONAL COVERAGE PARTS CONTINUED ON THE FOLLOWING PAGE.

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001 IH00170295 G-1760-12(01) IL00211185 IL02780489 HP00100295

LISTING OF ADDITIONAL FORM NUMBERS CONTINUED ON A SUBSEQUENT PAGE.

**Agent/Broker Name: RALPH W LEE & CO INC**

**This policy is not binding unless countersigned by our Authorized Representative.**
Countersigned by

Authorized Representative          Date

ORIGINAL

03494

*1E00242AU64530101

**COMMON POLICY DECLARATIONS (Continued)**

**POLICY NUMBER:** 42 UUC AU6453

ADDITIONAL COVERAGE PARTS (CONTINUED)

COVERAGE PART AND INSURANCE COMPANY SUMMARY                    ADVANCE PREMIUM

COMMERCIAL AUTO
HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115                                  $ 2,534.00


COMMERCIAL GENERAL LIABILITY
TWIN CITY FIRE INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115                                           $ 5,561.00


COMMERCIAL CRIME
HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CT 06115                                           $   366.00


FORM NUMBERS OF COVERAGE PARTS, FORMS AND ENDORSEMENTS THAT ARE A PART OF
THIS POLICY AND THAT ARE NOT LISTED IN THE COVERAGE PART.  (CONTINUED)

HM00200295 HA00250295 HC00100295 HM00301295
IH12001185  ADDITIONAL NAMED INSURED
IH12001185  ADDITIONAL INSURED



# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# OCCURRENCE

## READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**Beginning on Page**

**SECTION I - COVERAGES**

Coverage A -
Bodily Injury
and Property
Damage Liability

Insuring Agreement ............................................. 1

Exclusions ...................................................... 1

Coverage B -
Personal and
Advertising
Injury Liability

Insuring Agreement ............................................. 4

Exclusions ...................................................... 4

Coverage C -
Medical Payments

Insuring Agreement ............................................. 5

Exclusions ...................................................... 5

Supplementary Payments ......................................... 5

**SECTION II - WHO IS AN INSURED** ................................. 6

**SECTION III - LIMITS OF INSURANCE** ............................. 7

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** ......... 7

Bankruptcy ...................................................... 7
Duties in The Event Of Occurrence, Claim or Suit ................ 7
Legal Action Against Us ......................................... 8
Other Insurance ................................................. 8
Premium Audit ................................................... 9
Representations ................................................. 9
Separation of Insureds .......................................... 9
Transfer of Rights of Recovery Against Others To Us ............. 9
When we do not renew ............................................ 9

**SECTION V - DEFINITIONS** ...................................... 9

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS**

These form numbers are shown on the Coverage Part - Declarations Page or on the Common Policy Declarations Page.

**Form HC 70 01 03 90**  Printed in U.S.A. (NS)

Copyright Hartford Fire Insurance Company, 1990
(Includes copyrighted material of Insurance Services Office
with its permission. Copyright Insurance Services Office, 1985)

*1E00242AU64530101*    03559

# COMMERCIAL GENERAL LIABILITY
# COVERAGE PART - DECLARATIONS



**POLICY NUMBER:** 42 UUC AU6453

This COMMERCIAL GENERAL LIABILITY COVERAGE PART consists of:

A.  This Declarations;
B.  Commercial General Liability Schedule;
C.  Commercial General Liability Coverage Form; and
D.  Any Endorsements issued to be a part of this Coverage Part and listed below.

## LIMITS OF INSURANCE

The Limits of Insurance, subject to all the terms of this Policy that apply, are:

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Fire Damage Limit - Any One Fire | $300,000 |
| Medical Expense Limit - Any One Person | $10,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| General Aggregate Limit, (other than Products-Completed Operations) | $1,000,000 |
| Products-Completed Operations Aggregate Limit | $1,000,000 |

**ADVANCE PREMIUM:**    $5,561.00

**AUDIT PERIOD:** NOT SUBJECT TO AUDIT

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part:

| | | | | |
|---|---|---|---|---|
| HC70010390 | CG00010196 | CG20110196 | CG25041185 | HC22260795 |
| HC26001093 | HC12101185T | | | |

Form HC 00 10 02 95

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I - COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend and when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions.**

   This insurance does not apply to:

   a. **Expected or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) that the insured would have in the absence of the contract or agreement; or

      (2) assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

         (b) such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

Copyright, Insurance Services Office, Inc., 1994

**c.  Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs **(d)(i)** does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them.    This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs **(a)** and **(d)(i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

      Copyright, Insurance Services Office, Inc., 1994      CG 00 01 01 96

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g. Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" contract out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage to Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Copyright, Insurance Services Office, Inc., 1994

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property;"

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages.

However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

b. This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense, committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions.**

This insurance does not apply to:

a. "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration release or escape of pollutants at any time.

   Copyright, Insurance Services Office, Inc., 1994   CG 00 01 01 96

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

c. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

## COVERAGE C. MEDICAL PAYMENTS

1. Insuring Agreement.

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. Exclusions.

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit" including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damage for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) agrees in writing to:

(a) cooperate with us in the investigation, settlement or defense of the "suit";

(b) immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) notify any other insurer whose coverage is available to the indemnitee; and

(d) cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) provides us with written authorization to:

(a) obtain records and other information related to the "suit"; and

(b) conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph **2.b.(2)** of Coverage A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

Copyright, Insurance Services Office, Inc., 1994
CG 00 01 01 96

2.  Each of the following is also an insured:

a.  Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1)  "Bodily injury" or "personal injury":

(a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b)  To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

(d)  Arising out of his or her providing or failing to provide professional health care services.

(2)  "Property damage" to property:

(a)  Owned, occupied or used by,

(b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b.  Any person (other than your "employee"), or any organization while acting as your real estate manager.

c.  Any person or organization having proper temporary custody of your property if you die, but only:

(1)  With respect to liability arising out of the maintenance or use of that property; and

(2)  Until your legal representative has been appointed.

d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a.  "Bodily injury" to a co-"employee" of the person driving the equipment; or

b.  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b.  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c.  Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.  Insureds;

b.  Claims made or "suits" brought; or

c.  Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expense under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out any one "occurrence".

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

Copyright, Insurance Services Office, Inc., 1994
CG 00 01 01 96

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part of that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

Copyright, Insurance Services Office, Inc., 1994

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   **a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **b.** Oral written publication of material that violates a person's right of privacy;

   **c.** Misappropriation of advertising ideas or style of doing business; or

   **d.** Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

   **c.** All parts of the world if:

      **(1)** The injury or damage arises out of:

         **(a)** Goods or products made or sold by you in the territory described in **a.** above; or

         **(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

      **(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another

     Copyright, Insurance Services Office, Inc., 1994     CG 00 01 01 96

party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

  (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:

  a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  b. While it is in or on an aircraft, watercraft or "auto"; or

  c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  b. Vehicles maintained for use solely on or next to premises you own or rent;

  c. Vehicles that travel on crawler treads;

  d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    (1) Power cranes, shovels, loaders, diggers or drills; or

    (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

  e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2) Cherry pickers and similar devices used to raise or lower workers;

  f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

  However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

    (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*1E00242AU64530101    03566

13. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   **e.** Oral or written publication of material that violates a person's right of privacy.

14. "Products-completed operations hazard";

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     **(1)** Products that are still in your physical possession; or

     **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       **(a)** When all of the work called for in your contract has been completed.

       **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

     **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

     **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

15. "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

17. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

18. "Your product" means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

     **(1)** You;

     **(2)** Others trading under your name; or

     **(3)** A person or organization whose business or assets you have acquired; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1994

CG 00 01 01 96

"Your product" does not include vending machines or other property rented to or located for the use of other but not sold.

19. "Your work" means:

    **a.** Work or operations performed by you or on your behalf; and

    **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    **a.** Warranties or representations made at any time with respect to the fitness quality, durability, performance or use of "your work"; and

    **b.** The providing of or failure to provide warnings or instructions.

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED -- MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

1. Designation of Premises (Part Leased to You):

2. Name of Person or Organization (Additional Insured):

3. Additional Premium:

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 01 96                Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT - AGGREGATE LIMITS OF INSURANCE
# (PER LOCATION)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The General Aggregate Limit under LIMITS OF INSURANCE (Section III) applies separately to each of your "locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.





CG 25 04 11 85                  Copyright, Insurance Services Office, Inc., 1984

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SETTING OF STANDARDS, WARNINGS, LICENSES OR CERTIFICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The insurance afforded by this policy does not apply to damages arising out of:

1. The setting or failure to set or the enforcement or failure to enforce standards of performance or quality;

2. The adequacy of or reliance upon such standards;

3. The warning or failure to give proper warning of the danger of a particular product;

4. The failure to give adequate direction as to the proper use of a particular product;

5. The licensing, certification, guarantee or warranty that a particular product is safe for its intended purpose; or

6. Any activity of an insured which is perceived by a third party as a license, certification, guarantee or warranty that a particular product is safe for its intended purpose.

Form HC 22 26 07 95

© 1995 ITT Hartford Insurance Group

(Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1995)

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL BROAD FORM
# COMMERCIAL GENERAL LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement expands coverage provided under CG 00 01. You may use the index to locate these coverage features quickly:

INDEX

| SUBJECT | PAGE |
|---|---|
| **Coverage A (Bodily Injury and Property Damage)** | 2 |
| 1.    Non-owned Aircraft | 2 |
| 2.    Non-owned Watercraft | 2 |
| 3.    Property Damage Liability - Borrowed Equipment | 2 |
| 4.    Property Damage Liability - Elevators | 2 |
| 5.    Fire, Lightning or Explosion Damage | 2 |
| **Coverage B (Personal Injury and Advertising Injury)** | 3 |
| 6.    Contractual Personal Injury and Advertising Injury | 3 |
| **Coverage C (Medical Payments)** | 3 |
| 7.    Medical Payments | 3 |
| **Supplementary Payments (Coverages A and B)** | 4 |
| 8.    Supplementary Payments | 4 |
| **Who is an Insured** | 4 |
| 9.    Additional Insureds by Contract, Agreement or Permit | 4 |
| 10.   Additional Insured - Broad Form Vendors | 5 |
| 11.   Broad Form Named Insured | 5 |
| 12.   Newly Formed or Acquired Organizations | 6 |
| 13.   Additional Insured - Volunteers | 6 |
| **Conditions** | 6 |
| 14.   Unintentional Failure to Disclose Hazards | 6 |
| 15.   Duties in the Event of Occurrence, Offense, Claim or Suit | 6 |
| 16.   Other Insurance | 7 |
| 17.   Liberalization | 7 |
| **Definitions** | 7 |
| 18.   Mental Anguish | 7 |
| 19.   Incidental Malpractice Liability | 8 |
| 20.   Impaired Property | 8 |
| 21.   Insured Contract | 8 |
| 22.   Mobile Equipment Redefined | 9 |
| 23.   Personal Injury | 9 |

Form HC 26 00 10 93

Copyright Hartford Fire Insurance Company, 1993
(includes copyrighted material of Insurance Services Office with its permission, 1992)

**SPECIAL BROAD FORM COMMERCIAL
GENERAL LIABILITY ENDORSEMENT**

## COVERAGE A (Bodily Injury and Property Damage)

**1.    NON-OWNED AIRCRAFT**

    **a.** Exclusion **g.** is changed so that **COVERAGE A** (Section I) applies to an aircraft that is:

        (1)  Hired, chartered or loaned with a paid crew; but

        (2)  Not owned by any insured.

    **b.** This provision **1.** does not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under this provision, whether the other insurance is primary, excess, contingent or on any other basis. In that case, this provision **1.** does not provide any insurance.

**2.    NON-OWNED WATERCRAFT**

    **a.** Exclusion **g.** of **COVERAGE A** (Section I) does not apply to any watercraft under **51 feet** long that is neither:

        (1)  Owned by you; nor

        (2)  Being used to carry persons for a charge.

    **b.** This provision **2.** applies to any person, who with your expressed or implied consent, either uses or is responsible for the use of the watercraft.

    **c.** This provision **2.** does not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under this provision, whether the other insurance is primary, excess, contingent or on any other basis. In that case, this provision **2.** does not provide any insurance.

**3.    PROPERTY DAMAGE LIABILITY - BORROWED EQUIPMENT**

    **a.** Exclusion **j.** of **COVERAGE A** (Section I) is amended as follows:

    Paragraph **(4)** of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

    **b.** The insurance afforded by reason of this provision **3.** is excess over any other valid and collectible property insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis, and the **OTHER INSURANCE** condition is changed accordingly.

**4.    PROPERTY DAMAGE LIABILITY - ELEVATORS**

    The insurance for "property damage" liability is also subject to the following:

    **a.** Paragraphs **(3)** and **(4)** of exclusion **j.** of **COVERAGE A** (Section I) do not apply to the use of elevators.

    **b.** The insurance afforded by reason of this provision **4.** is excess over any valid and collectible property insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis, and the **OTHER INSURANCE** condition is changed accordingly.

**5.    FIRE, LIGHTNING OR EXPLOSION DAMAGE**

    **a.** The word **fire** is changed to **fire, lightning or explosion** where it appears in:

        (1)  The Limits of Insurance section of the Declarations;

        (2)  Paragraph **6.** of **LIMITS OF INSURANCE** (Section III); and

        (3)  Paragraph **b.** of the **OTHER INSURANCE** Condition.

                                       **Form HC 26 00 10 93**  Printed in U.S.A. (NS)

SPECIAL BROAD FORM COMMERCIAL
GENERAL LIABILITY ENDORSEMENT

**b.** As respects the definition of "insured contract" in **DEFINITIONS** (Section V), as amended by this endorsement, paragraph **a.** is replaced by the following:

    a.  A contract for a lease of premises;

Any coverage afforded by this replacement of paragraph **a.** will be subject to paragraph **6.** of **LIMITS OF INSURANCE** (Section III).

**c.** The last paragraph of **COVERAGE A** (Section I) (after the exclusions) is replaced by the following:

    Exclusions **c.** through **n.** do not apply to damage by fire, lightning or explosion to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **LIMITS OF INSURANCE** (Section III).

**d.** The Limit of Insurance shown in the Declarations will apply to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of the three.

**e.** The Fire Damage Limit in Paragraph **6.** of **LIMITS OF INSURANCE** (Section III), is replaced by a new Fire, Lightning and Explosion Limit, which will be subject to all of the terms of **LIMITS OF INSURANCE** (Section III). The new Fire, Lightning or Explosion Limit is the higher of:

    (1) **$300,000**; or

    (2) The amount shown in the Declarations for Fire Damage Limit.

**f.** This provision **5.** does not apply if Fire Damage Legal Liability of **COVERAGE A** (Section I) is excluded either by the provisions of the Coverage Part or by endorsement.

## COVERAGE B (Personal Injury and Advertising Injury)

**6.** **CONTRACTUAL PERSONAL INJURY AND ADVERTISING INJURY**

    **a.** Exclusion **a. (4)** of **COVERAGE B** (Section I) is deleted; and

    **b.** This provision **6.** does not apply if **COVERAGE B, PERSONAL INJURY LIABILITY AND ADVERTISING INJURY LIABILITY** is excluded either by the provisions of the Coverage Part or by endorsement.

## COVERAGE C (Medical Payments)

**7.** **MEDICAL PAYMENTS**

    **a.** In Paragraph **a. (2)** of the insuring agreement of **COVERAGE C** (Section I), **one year** is changed to **three years.**

    **b.** The Medical Expense Limit in Paragraph **7.** of **LIMITS OF INSURANCE** (Section III) is replaced by a new Medical Expense Limit, which will be subject to all the terms of **LIMITS OF INSURANCE** (Section III).

    The new Medical Expense Limit is the higher of:

    (1) **$10,000**; or

    (2) The amount shown in the Declarations for Medical Expense Limit.

**SPECIAL BROAD FORM COMMERCIAL
GENERAL LIABILITY ENDORSEMENT**

   **c.** This provision **7.** does not apply if **COVERAGE C. MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Part or by endorsement.

## SUPPLEMENTARY PAYMENTS (COVERAGES A and B)

**8.**    **SUPPLEMENTARY PAYMENTS**

In the **SUPPLEMENTARY PAYMENTS - COVERAGES A and B** provision:

   (1) The limit for the cost of bail bonds is changed from **$250** to **$1,000**; and

   (2) The limit for loss of earnings is changed from **$100** a day to **$250** a day.

## WHO IS AN INSURED

**9.**    **ADDITIONAL INSUREDS BY CONTRACT, AGREEMENT OR PERMIT**

   **a.** **WHO IS AN INSURED** (Section II) is amended to include as an insured any person or organization with whom you agreed, because of a written contract or agreement or permit, to provide insurance such as is afforded under this policy, but only with respect to your operations, "your work" or facilities owned or used by you.

   **b.** This provision **9.** does not apply:

     (1) Unless the written contract or agreement has been executed or permit has been issued prior to the "bodily injury," "property damage," "personal injury" or "advertising injury;"

     (2) To any person or organization included as an insured under provision **10.**; or

     (3) To any person or organization included as an insured by an endorsement issued by us and made a part of this Coverage Part.

   **c.** When an engineer, architect or surveyor becomes an insured under provision **9. a.,** the following additional exclusion applies:

   "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

     (1) The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

     (2) Supervisory, inspection, or engineering services.

   **d.** When a lessor of leased equipment becomes an insured under provision **9. a.,** the following additional exclusions apply:

     (1) To any "occurrence" which takes place after the equipment lease expires; or

     (2) To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

   **e.** When owners or other interests from whom land has been leased become an insured under provision **9. a.,** the following additional exclusions apply:

     (1) Any "occurrence" which takes place after you cease to lease that land; or

(2) Structural alterations, new construction or demolition operations performed by or on behalf of the owners or other interests from whom land has been leased.

f.  When managers or lessors of premises become an insured under provision **9. a.**, the following additional exclusions apply:

   (1) Any "occurrence" which takes place after you cease to be a tenant in that premises; or

   (2) Structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessors of the premises.

**10.    ADDITIONAL INSURED - BROAD FORM VENDORS**

   **a.  WHO IS AN INSURED** (Section II) is amended to include any person or organization with whom you agreed, because of a written contract or agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

   (1) The insurance afforded the vendor does not apply to:

   (i)  "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   (ii) Any express warranty unauthorized by you;

   (iii) Any physical or chemical change in the product made intentionally by the vendor;

   (iv) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   (v)  Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   (vi) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   (vii) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

   (2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

   (3) This provision **10.** does not apply to any vendor included as an insured by an endorsement issued by us and made a part of this Coverage Part.

   (4) This provision **10.** does not apply if "bodily injury" or "property damage" included within the "products-completed operations hazard" is excluded either by the provisions of the Coverage Part or by endorsement.

**11.    BROAD FORM NAMED INSURED**

   **WHO IS AN INSURED** (Section II) is amended by adding Paragraph **2. e.**:

   **2 e.** Any subsidiary and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of the Coverage Part. The insurance afforded herein for any subsidiary not named in this Coverage Part as a named insured does not apply to injury or damage with respect to which an insured under this Coverage Part is also an insured under another policy or would be an insured under such policy but for its termination or the exhaustion of its limits of insurance.

**SPECIAL BROAD FORM COMMERCIAL
GENERAL LIABILITY ENDORSEMENT**

**12.    NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

    **a.** In paragraph **4. a.** of **WHO IS AN INSURED** (Section II), **90th day** is changed to **180th day**.

    **b.** This provision **12.** does not apply if coverage for newly formed or acquired organizations is excluded either by the provisions of the Coverage Part or by endorsement.

**13.    ADDITIONAL INSURED - VOLUNTEERS**

    **a.** **WHO IS AN INSURED** (Section II) is amended to include as an insured any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you.

        However, no volunteer workers(s) are insureds for:

        (1) "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of rendering or the failure to render professional services by a volunteer worker.

        (2) "Bodily injury" or "personal injury:"

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your other volunteer worker(s) or to your "employees" arising out of and in the course of their duties for you;

            (b) To the spouse, child, parent, brother or sister of your volunteer worker(s) or your "employees" as a consequence of paragraph **(2) (a)** above; or

        (3) "Property damage" to property:

            (a) Owned, occupied or used by,

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

        you, any of your other volunteer worker(s), your "employees" or if you are a partnership or joint venture, any partner or member.

    **b.** Exclusion **2. a.** of COVERAGE C (Section I) is replaced by the following:

        **2.    a.**    To any insured, except volunteer workers.

    **c.** When used in this provision **13.**, volunteer worker(s) means a person who is not paid a fee, salary or other compensation.

## CONDITIONS

**14.    UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

    It is agreed that based on our reliance on your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we shall not deny coverage under this Coverage Part because of such failure.

**15.    DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

    **a.** The requirement in condition **2. a.** that you must see to it that we are notified of an "occurrence" or offense applies only when the "occurrence" or offense is known to:

**SPECIAL BROAD FORM COMMERCIAL**
**GENERAL LIABILITY ENDORSEMENT**

   (1)  You, if you are an individual;

   (2)  A partner, if you are a partnership; or

   (3)  An "executive officer" or insurance manager, if you are a corporation.

**b.**  The requirement in condition **2. b.** that you must see to it that we receive notice of claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

   (1)  You, if you are an individual;

   (2)  A partner, if you are a partnership; or

   (3)  An "executive officer" or insurance manager, if you are a corporation.

**16.  OTHER INSURANCE**

Paragraph **b.** Excess Insurance of the **OTHER INSURANCE** Condition is replaced by the following:

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builders Risk, Installation Risk or similar coverage for "your work;"

(2) That is Fire, lightning or explosion insurance for premises rented to you;

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of **Coverage A** (Section I); or

(4) When any of the Named Insureds, under this Coverage Part, are additional insureds under a commercial general liability policy or similar insurance of another party.

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insureds.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**17.  LIBERALIZATION**

If we adopt a change in this form that would broaden the coverage of this form without extra charge, the broader coverage will apply to this policy. It will apply when the change becomes effective in your state.

## DEFINITIONS

**18.  MENTAL ANGUISH**

The definition of "bodily injury" in **DEFINITIONS** (Section V) is replaced by the following:

Form MG 25 00 10 93  Printed in U.S.A. (NS)

**SPECIAL BROAD FORM COMMERCIAL
GENERAL LIABILITY ENDORSEMENT**

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**19.    INCIDENTAL MALPRACTICE LIABILITY**

a.  The definition of "bodily injury" in **DEFINITIONS** (Section V) is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

b.  Paragraph **2. a. (1) (d)** of **WHO IS AN INSURED** (Section II) does not apply to nurses, emergency medical technicians or paramedics referred to in **a.** above.

c.  Paragraph **(1)** of exclusion **e.** of **COVERAGE A** (Section I) does not apply to injury to the emotions or reputation of a person arising out of rendering of such services.

d.  This provision **19.** does not apply if you are engaged in the business or occupation of providing any services referred to in **a.** above.

**20.    IMPAIRED PROPERTY**

a.  The definition of "impaired property" in the **DEFINITIONS** (Section V) does not apply.

b.  Exclusions **m.** and **n.** of **COVERAGE A** (Section I) are replaced by the following:

m.  Loss of use of tangible property which has not been physically injured or destroyed, resulting from:

(1)  A delay in or lack of performance by you or anyone on your behalf of any contract or agreement; or

(2)  The failure of "your product" or "your work" to meet the level of performance, quality, fitness or durability warranted or represented by you or on your behalf.

This exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of:

(1)  "Your product;" or

(2)  "Your work;"

after such product or work has been put to its intended use.

n.  Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)  "Your product;"

(2)  "Your work;" or

(3)  Any property of which "your product" or "your work" forms a part;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**21.    INSURED CONTRACT**

a.  The definition of "insured contract" in the DEFINITIONS (Section V) is replaced by the following:

6.    "Insured contract" means:

a.  A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract;"

b.  A sidetrack agreement;

c.  Any easement or license agreement;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.

An "insured contract" does not include that part of any contract or agreement:

(1)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   a.  Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

   b.  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

(2)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (1) above and supervisory, inspection or engineering services.

22.  **MOBILE EQUIPMENT REDEFINED**

Paragraph f. (1) (a) (b) (c) does not apply to self-propelled vehicles of less than **1000** pounds gross vehicle weight.

23.  **PERSONAL INJURY**

a.  The following is added to the "personal injury" definition:

   f.  Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

      (1)  Not done intentionally by or at the direction of:

         (a)  The insured; or

         (b)  Any "executive officer," director, stockholder, partner or member of the insured; and

      (2)  Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

b.  Paragraph f. of the definition "personal injury" of **DEFINITIONS** (Section V) does not apply in the states of Kansas, New York or Ohio.

c.  This provision **23.** does not apply if **COVERAGE B. PERSONAL INJURY LIABILITY** is excluded either by the provisions of the coverage part or by endorsement.

# COMMERCIAL GENERAL LIABILITY SCHEDULE

**POLICY NUMBER:** 42 UUC AU6453

Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy.

**RATING CLASSIFICATIONS**

DESCRIPTION OF HAZARDS:     PREMISES/OPERATIONS COVERAGE

REFER TO:                   COMMERCIAL GENERAL LIABILITY
                            COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:              001/001            TERR: 001
LOCATION:                   1133 21ST STREET, N.W. 3RD. FL.
                            WASHINGTON
                            DC.   20036

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:            41672
  CONVENTIONS (SPONSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT - INCLUDING
  PRODUCTS AND/OR COMPLETED OPERATIONS - PRODUCTS/COMPLETED OPERATIONS LOSSE
  ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

PREMIUM AND RATING BASIS:   CONVENTIONS              PER 1

EXPOSURE:                   6

RATE:                       453.0890

ADVANCE PREMIUM:            2,719.00

---

DESCRIPTION OF HAZARDS:     PREMISES/OPERATIONS COVERAGE

REFER TO:                   COMMERCIAL GENERAL LIABILITY
                            COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:              001/001            TERR: 001
LOCATION:                   1133 21ST STREET, N.W. 3RD. FL.
                            WASHINGTON
                            DC.   20036

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:            61212
  BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING
  (LESSOR'S RISK ONLY) - OTHER THAN NOT-FOR-PROFIT - INCLUDING PRODUCTS
  AND/OR COMPLETED OPERATIONS - PRODUCTS/COMPLETED OPERATIONS LOSSES ARE
  SUBJECT TO THE GENERAL AGGREGATE LIMIT

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

POLICY NUMBER: 42 UUC AU6453

PREMIUM AND RATING BASIS:    AREA                    PER 1,000

EXPOSURE:                    7,000

RATE:                        46.8420

ADVANCE PREMIUM:             328.00

---

DESCRIPTION OF HAZARDS:      PREMISES/OPERATIONS COVERAGE

REFER TO:                    COMMERCIAL GENERAL LIABILITY
                             COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:               002/001          TERR: 001
LOCATION:                    1250 CONNECTICUT AVENUE, N.W., #200
                             WASHINGTON
                             DC.   20036

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:             61226
 BUILDINGS OR PREMISES - OFFICE - NOC - INCLUDING PRODUCTS AND/OR
 COMPLETED OPERATIONS - PRODUCTS/COMPLETED OPERATIONS LOSSES ARE SUBJECT
 TO THE GENERAL AGGREGATE LIMIT

PREMIUM AND RATING BASIS:    AREA                    PER 1,000

EXPOSURE:                    20,300

RATE:                        97.4470

ADVANCE PREMIUM:             1,978.00

---

DESCRIPTION OF HAZARDS:      ADDITIONAL INSURED  CG2011
    DESIGNATION OF PREMISES (PART LEASED TO YOU):
       1250 CONNECTICUT AVENUE, N.W., #200 & #400, WASHINGTON, DC  20036
    NAME OF PERSON OR ORGANIZATION (ADDITIONAL INSURED):
       J.M.B. 1250 CONNNECTICUT AVENUE ASSOCIATES, LTD.
       C/O J.M.B. OFFICE LEASING COMPANY
       1330 CONNECTICUT AVENUE, N.W. #230
       WASHINGTON, DC  20036-1704

REFER TO:                    COMMERCIAL GENERAL LIABILITY
                             COVERAGE PART (FORM HC 00 10)

ADVANCE PREMIUM:             INCLUDED FOR CLASS 61226

---

**Form HC 12 10 11 85T**

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

POLICY NUMBER: 42 UUC AU6453

DESCRIPTION OF HAZARDS:     PREMISES/OPERATIONS COVERAGE

REFER TO:                   COMMERCIAL GENERAL LIABILITY
                            COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:             002/002            TERR: 001
LOCATION:                  1250 CONNECTICUT AVENUE, NW #200
                           WASHINGTON
                           DC.   20036

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:           61226
 BUILDINGS OR PREMISES - OFFICE - NOC - INCLUDING PRODUCTS AND/OR
 COMPLETED OPERATIONS - PRODUCTS/COMPLETED OPERATIONS LOSSES ARE SUBJECT
 TO THE GENERAL AGGREGATE LIMIT

PREMIUM AND RATING BASIS:   AREA                PER 1,000

EXPOSURE:                   5,500

RATE:                       97.4470

ADVANCE PREMIUM:            536.00

TOTAL ADVANCE PREMIUM:           5,561.00

Form HC 12 10 11 85T                    PAGE     3