IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>777 San Marin Drive<br>Novato, CA 94998<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION<br>1400 16th Street, N.W.<br>Ste. 600<br>Washington, D.C. 20036<br><br>　　　　AND<br><br>THE HARTFORD CASUALTY INSURANCE COMPANY<br>Hartford Plaza<br>Hartford, CT 06115<br><br>　　　　AND<br><br>TWIN CITY FIRE INSURANCE COMPANY<br>Hartford Plaza<br>Hartford, CT 06115<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIV. ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff, Fireman's Fund Insurance Company ("Fireman's Fund"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fireman's Fund, which have any outstanding securities in the hands of the public: Allianz Atkiengesellschaft (Allianz

AG), which is a publicly held company that indirectly holds 10% or more of Fireman's Fund (and its subsidiaries).

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 8, 2006

Respectfully submitted,

_____
Lewis K. Loss, D.C. Bar No. 375793
Jeremy S. Simon, D.C. Bar No. 447956
THOMPSON, LOSS & JUDGE LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)