AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fireman's Fund Insurance Company

**SUMMONS IN A CIVIL CASE**

V.

Cellular Telecommunications and Internet Association, et al.

CASE NUMBER  1:06CV00854

CASE    JUDGE: John D. Bates

DECK TYPE: Contract

DATE STAMP: 05/08/2006

TO: (Name and address of Defendant)

Cellular Telecommunications and Internet Association
1400 16th Street, N.W.
Ste. 600
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis K. Loss, Esq.
Jeremy S. Simon, Esq.
Thompson, Loss & Judge, LLP
1919 Pennsylvania Ave., N.W.
Ste. M-200
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     MAY -8 2006

CLERK                          DATE

_____
(By) DEPUTY CLERK

...

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE 05-11-06 at 1:22 p.m. |
| NAME OF SERVER (PRINT) Thomas Parks | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Mark Diffenbaugh, Team Leader, authorized to accept. Service was completed at CT Corporation, 1015 15th Street, NW, Suite 1000, Washington, DC 20005.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-11-06
Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge for All Purposes; Initial Electronic Case Filing Order; and Exhibits 1-10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.