IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al., <br><br> Defendants. | 06-CV-00854 |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Jeremy S. Simon, an attorney at the law firm of Thompson, Loss & Judge, LLP, hereby enters an appearance on behalf of Plaintiff, Fireman's Fund Insurance Company. Mr. Simon's bar identification number, business address and telephone number are set forth below, and his email address is jsimon@tljlaw.com.

Dated: May 22, 2006

Respectfully submitted,

/s/ Jeremy S. Simon
Lewis K. Loss, D.C. Bar No. 375793
Jeremy S. Simon, D.C. Bar No. 447956
THOMPSON, LOSS & JUDGE LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on May 22, 2006, I caused to be served a true and correct copy of the foregoing by first-class mail, postage pre-paid, on the defendants, through counsel on the service list below.

/s/ Jeremy S. Simon

Service List

Lee H. Ogburn, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201

Counsel for Defendants Hartford Casualty
Insurance Company and Twin City Fire
Insurance Company

Mark E. Miller, Esq.
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Ste. 500
Washington, D.C. 20006

Counsel for Defendant Cellular Telecommunications
and Internet Association