IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | *   Case No.: 1:06CV00854 |
| v. | * |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, *et al.* | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendants shall have up to and including June 29, 2006, to file an Answer, Counterclaim, Cross-Claim or other responsive pleading to the Complaint for Declaratory and Other Relief.

|  |  |
|---|---|
| /s/ Lewis K. Loss | /s/ Lee H. Ogburn |
| Lewis K. Loss, D.C. Bar No. 375793 | Lee H. Ogburn |
| Jeremy S. Simon, D.C. Bar No. 447956 | Bar Identification: MD00118 |
| THOMPSON, LOSS & JUDGE LLP | KRAMON & GRAHAM, P.A. |
| 1919 Pennsylvania Avenue, N.W. | One South Street, Suite 2600 |
| Suite M-200 | Baltimore, Maryland 21202 |
| Washington, D.C. 20006 | Phone: 410-752-6030 |
| Phone: 202-772-5170 | Fax: 410-539-1269 |
| Fax: 202-772-5180 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *The Hartford Casualty Insurance Co.* |
| *Fireman's Fund Insurance Company* | *and Twin City Fire Insurance Co.* |

{06211/3/00173116.DOCv1}

          /s/ *Sanford M. Saunders*
          Sanford M. Saunders
          D.C. Bar No. 376098
          GREENBERG TRAURIG, LLP
          800 Connecticut Avenue, N.W.
          Suite 500
          Washington, D.C. 20006
          Phone: 202-331-3100
          Fax: 202-331-3101

          *Attorneys for Defendant*
          *Cellular Telecommunications & Internet*
          *Association*

AGREED and so ORDERED, this _____ day of _____, 2006.

          _____
          United States District Judge