AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fireman's Fund Insurance Company

**SUMMONS IN A CIVIL CASE**

V.

Cellular Telecommunications and Internet Association, et al.

CASE

CASE NUMBER  1:06CV00854

JUDGE:  John D. Bates

DECK TYPE:  Contract

DATE STAMP:  05/08/2006

TO: (Name and address of Defendant)

Twin City Fire Insurance Company
Hartford Plaza
Hartford, CT 06115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis K. Loss, Esq.
Jeremy S. Simon, Esq.
Thompson, Loss & Judge, LLP
1919 Pennsylvania Ave., N.W.
Ste. M-200
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY - 8 2006

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE 5/12/06 @ 10:15 am |
| NAME OF SERVER *(PRINT)* Don Edwards | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Erica Tillery, Agent for Process, authorized to accept. Service was completed at 40 Technology Parkway, Suite 300, Norcross, GA 30092.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/06
Date

Signature of Server

Address of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

* Notice of Right to Consent to Trial Before a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge for All Purposes; Initial Electronic Case Filing Order; and Exhibits 1-10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.