IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**FIREMAN'S FUND INSURANCE COMPANY,**   )
                                                    )
                   **Plaintiff,**                   )
                                                    )
       **v.**                                       )       Case No. 1:06-cv-00854 (JDB)
                                                    )
**CELLULAR TELECOMMUNICATIONS**         )
**& INTERNET ASSOCIATION, et al.,**     )
                                                    )
                   **Defendants.**                  )
_____ )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Ross E. Eisenberg of GREENBERG TRAURIG, LLP as counsel for defendant CTIA -- The Wireless Association, formerly known as Cellular Telecommunications & Internet Association, in the above-captioned action.

Dated: June 12, 2006           Respectfully submitted,

                               By:  _____/s/ Ross E. Eisenberg_____
                                    ROSS E. EISENBERG (DC Bar #489045)
                                    SANFORD M. SAUNDERS. (D.C. Bar No. 376098)
                                    GREENBERG TRAURIG, LLP
                                    800 Connecticut Avenue, N.W., Suite 500
                                    Washington, D.C. 20006
                                    Telephone: (202) 331-3100
                                    Facsimile: (202) 331-3101
                                    eisenbergr@gtlaw.com

                               ATTORNEYS FOR PLAINTIFF,
                                   CTIA – THE WIRELESS ASSOCIATION

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2006, a copy of the foregoing Notice of Appearance was served via first-class, postage prepaid U.S. Mail upon:

    Lee H. Ogburn, Esq.
    Kramon & Graham, P.A.
    One South Street, Suite 2600
    Baltimore, MD 21202-3201

    Lewis K. Loss, Esq.
    Jeremy S. Simon, Esq.
    Thompson, Loss & Judge LLP
    1919 Pennsylvania Avenue, NW
    Suite M-200
    Washington, DC  20006

       /s/ Ross E. Eisenberg
       ROSS E. EISENBERG