CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FIREMAN'S FUND INSURANCE )
COMPANY, )
               Plaintiff )
)
           v. )      Civil Action No. 1:06CV00854
CELLULAR TELECOMMUNICATIONS )
AND INTERNET ASSOCIATION, et al. )
              Defendant )
)
)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Hartford Casualty Insurance Company and Twin City Fire Insurance Company__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Hartford Casualty Insurance Company and Twin City Fire Insurance Company__, which have any outstanding securities in the hands of the public. __The Hartford Financial Services Group, Inc.__

__Hartford Life, Inc.__

__Hartford Life Insurance Company__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Lee H Ogburn_
Signature

__MD00118__
Bar Identification Number

Lee H. Ogburn
Print Name

Kramon & Graham, P.A.
Address
One South Street, Suite 2600
Baltimore    Maryland    21202-3201
City             State         Zip

410-752-6030
Telephone Number