IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | 06-CV-00854 |
| v. | ) ) ) | |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS FILED BY CTIA – THE WIRELESS ASSOCIATION, f/k/a CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, HARTFORD CASUALTY INSURANCE COMPANY, AND TWIN CITY FIRE INSURANCE COMPANY**

The parties hereto stipulate that plaintiff, Fireman's Fund Insurance Company, shall have up to and including August 4, 2006, to file an Answer or other responsive pleading to the Counterclaim filed by CTIA – The Wireless Association, f/k/a Cellular Telecommunications and Internet Association and to the Counterclaim filed by Hartford Casualty Insurance Company and Twin City Fire Insurance Company.

| | |
|---|---|
| /s/ Lewis K. Loss | /s/ Lee H. Ogburn |
| Lewis K. Loss, D.C. Bar No. 375793 | Lee H. Ogburn |
| Jeremy S. Simon, D.C. Bar No. 447956 | Bar Identification: MD00118 |
| THOMPSON, LOSS & JUDGE LLP | KRAMON & GRAHAM, P.A. |
| 1919 Pennsylvania Ave., N.W. | One South Street, Suite 2600 |
| Suite M-200 | Baltimore, Maryland 21202 |
| Washington, D.C. 20006 | Phone: 410-752-6030 |
| Phone: 202-772-5170 | Fax: 410-539-1269 |
| Fax: 202-772-5180 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *The Hartford Casualty Insurance Co.* |
| *Fireman's Fund Insurance Company* | *and Twin City Fire Insurance Co.* |

        /s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr.
D.C. Bar No. 376098
Ross E. Eisenberg
D.C. Bar No. 489045
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20006
Phone: 202-331-3100
Fax: 202-331-3101

*Attorneys for Defendant*
*Cellular Telecommunications &*
*Internet Association*

AGREED and so ORDERED, this _____ day of _____, 2006.

_____
United States District Judge