IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, THE HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 1:06-CV-00854 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CROSS-CLAIM**

The parties hereto stipulate and agree that Cross-Defendant CTIA - The Wireless Association, f/k/a Cellular Telecommunications and Internet Association ("CTIA"), shall have up to and including August 4, 2006, to file an Answer or other responsive pleading to the Cross-Claim filed by Cross-Plaintiffs Hartford Casualty Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"). The parties further stipulate and agree that Cross-Defendant Hartford shall have up to and including August 4, 2006, to file an Answer or other responsive pleading to the Cross-Claim filed by Cross-Plaintiff CTIA.

The Court previously granted a similar extension of time to August 4, 2006 for Plaintiff/Counter-Defendant Fireman's Fund Insurance Company ("Fireman's Fund") to

respond to Counterclaims filed by Hartford and CTIA. The purpose of this stipulation is to move all responsive pleading deadlines to the same day, August 4, 2006.

|  |  |
|---|---|
| /s/ Sanford M. Saunders, Jr. | /s/ Lee H. Ogburn |
| Sanford M. Saunders, Jr. | Lee H. Ogburn |
| D.C. Bar No. 376098 | Bar Identification: MD00118 |
| Ross E. Eisenberg | Kramon & Graham, P.A. |
| D.C. Bar No. 489045 | One South Street, Suite 2600 |
| GREENBERG TRAURIG LLP | Baltimore, Maryland 21202 |
| 800 Connecticut Ave., N.W. | Phone: 410-752-6030 |
| Suite 500 | Fax: 410-539-1269 |
| Washington, DC 20006 | |
| (202) 331-3100 (phone) | *Attorneys for Defendants/Cross-Plaintiffs/* |
| (202) 331-3101 (fax) | *Cross-Defendants Hartford Casualty* |
| | *Insurance Company and Twin City Fire* |
| *Attorneys for Defendants/* | *Insurance Company* |
| *Cross-Plaintiffs/Cross/Defendants* | |
| *CTIA – The Wireless Association* | |