IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No.: 1:06CV00854 |
| v. | * | |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Hartford Casualty Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), Cross-Defendants, by their attorneys, pursuant to Fed.R.Civ.P. 12(b)(6), move to dismiss Count III of the Cross-Claim asserted against Hartford by CTIA – The Wireless Association, formerly the Cellular Telecommunications & Internet Association, Cross-Plaintiff, because the count fails to state a claim upon which relief may be granted. The grounds for this Motion are more particularly set forth in the accompanying Memorandum.

Dated: July 18, 2006

Respectfully submitted,

*[signature]*
_____
Lee H. Ogburn
Bar Identification: MD00118
John J. Kuchno
Bar Identification: MD04211
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269

*Attorneys for Hartford Casualty Insurance Co.
and Twin City Fire Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2006, a copy of the foregoing Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss was sent electronically to:

>Lewis K. Loss, Esquire
>Jeremy S. Simon, Esquire
>Thompson, Loss & Judge, LLP
>1919 Pennsylvania Ave., N.W.
>Suite M-200
>Washington, D.C. 20006
>
>*Attorneys for Fireman's Fund Insurance Company*

and to:

>Sanford M. Saunders, Esquire
>Ross E. Eisenberg, Esquire
>Mark E. Miller, Esquire
>Greenberg Traurig, LLP
>800 Connecticut Avenue. N.W.
>Suite 500
>Washington, D.C. 20006
>
>*Attorneys for CTIA - The Wireless Association*

_____
John J. Kuchno