IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | Case No.: 1:06CV00854 |
| v. | * | |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Motion to Dismiss Count III of the Cross-Claim asserted by CTIA – The Wireless Association, formerly the Cellular Telecommunications & Internet Association, Cross-Plaintiff, against Hartford Casualty Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), Cross-Defendants, Hartford's Memorandum of Law in Support of Motion to Dismiss, the opposition thereto, and for good cause shown, it is this _____ day of _____, 2006, hereby

ORDERED, that said Motion BE, and the same is, GRANTED, and further

ORDERED, that Count III of the Cross-Claim of CTIA – The Wireless Association, BE, and the same is, DISMISSED.

_____
United States District Judge

{06211/3/00184227.DOCv1}

<u>Copies to:</u>

Lee H. Ogburn, Esquire
John J. Kuchno, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
***Attorneys for Hartford Casualty Insurance Co.***
***and Twin City Fire Insurance Co.***

Lewis K. Loss, Esquire
Jeremy S. Simon, Esquire
Thompson, Loss & Judge, LLP
1919 Pennsylvania Ave., N.W., Suite M-200
Washington, D.C. 20006
***Attorneys for Fireman's Fund Insurance Company***

Sanford M. Saunders, Esquire
Ross E. Eisenberg, Esquire
Mark E. Miller, Esquire
Greenberg Traurig, LLP
800 Connecticut Avenue. N.W., Suite 500
Washington, D.C. 20006
***Attorneys for CTIA - The Wireless Association***