IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al., <br><br> Defendants. | No. 1:06-CV-00854 (JDB) |

## RULE 7.1 CERTIFICATE

I, the undersigned, counsel of record for CTIA – The Wireless Association (formerly known as Cellular Telecommunications & Internet Association) ("CTIA") certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of CTIA which have any outstanding securities in the hands of the public. CTIA – The Wireless Association is a non-profit organization and is not a publicly traded corporation.

These representations are made so that judges of this court may determine the need for recusal.

Dated: July 21, 2006

/s/ *Ross E. Eisenberg*
Sanford M. Saunders (D.C. Bar No. 376098)
Ross E. Eisenberg (D.C. Bar No. 489045)
GREENBERG TRAURIG LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (phone)
(202) 331-3101 (fax)