UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO.,**<br><br>Plaintiff,<br><br>v.<br><br>**CTIA -- THE WIRELESS ASS'N, ET AL.,**<br><br>Defendants. | Civil Action No.  06-854 (JDB) |

## ORDER

It is this 7th day of August, 2006, hereby **ORDERED** that the initial scheduling conference in this matter is set for September 12, 2006, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference -- that is, by no later than September 7, 2006.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Lewis Kleiman Loss
Jeremy Scott Simon
THOMPSON, LOSS & JUDGE, LLP
1919 Pennsylvania Avenue, NW, Suite M-200
Washington, DC  20006
Email: lloss@tljlaw.com
Email: JSimon@tljlaw.com

*Counsel for plaintiff Fireman's Fund Ins. Co.*


Ross E. Eisenberg
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC  20006
Email: eisenbergr@gtlaw.com

*Counsel for defendant CTIA -- The Wireless Ass'n*


Lee Hedgecock Ogburn
KRAMON & GRAHAM, P.A.
1 South Street, Suite 2600
Baltimore, MD  21202-3201
Email: logburn@kg-law.com

*Counsel for defendants Hartford Cas. Ins. Co. & Twin City Fire Ins. Co.*