IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | *    Case No.: 1:06CV00854 |
| v. | * |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, *et al.* | * |
| | * |
| Defendants | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

The parties hereto stipulate and agree that cross-defendants Hartford Casualty Insurance Company and Twin City Fire Insurance Company shall have up to and including August 15, 2006, to file a Reply Memorandum to Cross-Plaintiff CTIA's Memorandum of Law in Opposition to Cross-Defendant Hartford's Motion to Dismiss.

| | |
|---|---|
| */s/ Lee H. Ogburn* | */s/ Ross E. Eisenberg* |
| Lee H. Ogburn | Sanford M. Saunders |
| Bar Identification: MD00118 | Bar Identification: 376098 |
| John J. Kuchno | Ross E. Eisenberg |
| Bar Identification: MD04211 | Bar Identification: 489045 |
| KRAMON & GRAHAM, P.A. | GREENBERG TRAURIG, LLP |
| One South Street, Suite 2600 | 800 Connecticut Avenue, N.W., Suite 500 |
| Baltimore, Maryland 21202 | Washington, D.C. 20006 |
| Phone: 410-752-6030 | Phone: 202-331-3100 |
| Fax: 410-539-1269 | Fax: 202-331-3101 |
| | |
| *Attorneys for Cross-Defendants Hartford Casualty Insurance Co. and Twin City Fire Insurance Co.* | *Attorneys for Cross-Plaintiff CTIA - The Wireless Association* |

{06211/3/00199221.DOCv1}

AGREED and so ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

<u>Copies to:</u>

Lee H. Ogburn, Esquire
John J. Kuchno, Esquire
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

Sanford M. Saunders, Esquire
Ross E. Eisenberg, Esquire
Mark E. Miller, Esquire
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006

Lewis K. Loss, Esquire
Jeremy S. Simon, Esquire
Thompson, Loss & Judge, LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2006, a copy of the foregoing Stipulation for Extension of Time to Respond to File Reply Memorandum was served electronically to:

>Sanford M. Saunders, Esquire
>Mark E. Miller, Esquire
>Ross E. Eisenberg, Esquire
>Greenberg Traurig, LLP
>800 Connecticut Avenue. N.W.
>Suite 500
>Washington, D.C. 20006

and

>Lewis K. Loss, Esquire
>Jeremy S. Simon, Esquire
>Thompson, Loss & Judge, LLP
>1919 Pennsylvania Ave., N.W.
>Suite M-200
>Washington, D.C. 20006

_/s/ Lee H. Ogburn_
Lee H. Ogburn