IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY ) ) ) ) Plaintiff-Counterclaim Defendant, ) ) v. ) ) CELLULAR TELECOMMUNICATIONS ) AND INTERNET ASSOCIATION, THE ) HARTFORD CASUALTY INSURANCE ) COMPANY and TWIN CITY FIRE ) INSURANCE COMPANY, ) ) Defendants-Counterclaim Plaintiffs. ) ) | Case No.: 1:06-CV-00854-JDB |

## REPORT OF DISCOVERY CONFERENCE AND SCHEDULING MEETING

Plaintiff-Counterclaim Defendant, Fireman's Fund Insurance Company ("Fireman's Fund") and Defendants-Counterclaim Plaintiffs, CTIA – The Wireless Association, formerly known as Cellular Telecommunications & Internet Association ("CTIA") and Hartford Casualty Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), by and through their undersigned counsel and pursuant to FED. R. CIV. P. 26(f) and Local Rule 16.3(d), hereby file this Report of Discovery Conference and Scheduling Meeting.

1.  On August 29, 2006, counsel for the parties participated in a discovery conference and scheduling meeting, pursuant to FED. R. CIV. P. 26(f) and Rule 16.3(c) of the Local Rules of this Court (the "Scheduling Conference").

2.  The parties agree that the timing and limitations as set forth in the Federal Rules of Civil Procedure as regards written discovery and depositions should apply in this matter without

alteration. Each party anticipates continued cooperation in the exchange of relevant documents and other discovery.

3. The parties will endeavor to explore the possibility of settlement, including the possibility of mediation, as information is obtained during the course of discovery. ADR is not necessary at this time as a means to entering into settlement discussions.

4. The parties do not anticipate adding additional parties to this litigation, but have agreed not to oppose the addition of parties as is reasonable and necessary provided any such addition occurs within the timeframe set forth below.

5. The parties agree to extend the deadline for serving the disclosures required by FED. R. CIV. P. 26(a)(1) to September 29, 2006.

6. The parties propose the following additional deadlines:

   (a) The deadline to join other parties and to amend the pleadings without leave of court is October 30, 2006.

   (b) The deadline to complete fact discovery is June 29, 2007. Expert depositions, if any, will occur during the period of June 15, 2007 through August 1, 2007.

   (c) Disclosures pursuant to FED. R. CIV. P. 26(a)(2), if any, will be made as follows: (i) deadline for service of expert reports in support of the affirmative claims of any party is May 1, 2007. Responsive reports, if any, must be served no later than May 31, 2007. Rebuttal reports, if any, must be served no later than June 15, 2007.

   (d) Dispositive motions may be filed up to, but no later than, September 7, 2007. The parties agree that responses to dispositive motions will be due 30 days after service, and that any replies will be due 20 days after service, with time computed according to FED. R. CIV. P. 6.

7. One or more parties maintain that discovery will be needed on the following subjects:

    (a) Fireman's Fund's claims and allegations in the complaint, and denials and affirmative defenses to the claims asserted in the counterclaims of CTIA and Hartford;

    (b) CTIA's claims and allegations in its counterclaim against Fireman's Fund and cross-claim against Hartford, and its denials and affirmative defenses to Fireman's Fund's allegations and the allegations in Hartford's cross-claims;

    (c) Hartford's claims and allegations in its counterclaim against Fireman's Fund and cross-claim against CTIA, and its denials and affirmative defenses to Fireman's Fund's allegations and the allegations in CTIA's cross-claims; and

    (d) The extent, nature, severity and amount of damages to any party, if any.

8. The parties have begun discussions regarding possibly deferring the litigation and, should the parties reach agreement in advance of the September 12, 2006 scheduling conference, or otherwise make significant progress in that regard, the parties will endeavor to file a supplemental report with the court. The parties contemplate filing summary judgment motions on the parties' respective claims and defenses.

9. The parties have agreed to permit amendments to the pleadings as set forth above.

10. The parties will work towards the avoidance of unnecessary proof and cumulative evidence through the discovery and summary judgment process.

11. The parties at this time do not agree to trial by magistrate, but are mindful of the availability of referring matters to a Magistrate Judge or master and will promptly advise the Court if such a referral is desired by the parties.

- 4 -

12.     The parties request a pre-trial conference on January 25, 2008, or as soon thereafter as may be convenient for the Court. The parties request that trial be set within 30 to 60 days of the pre-trial conference.

13.     Counsel for the parties discussed all the matters set forth in FED. R. CIV. P. 26(f) and Local Rule 16.3(c) and will continue to cooperate as required by the rules of procedure.

14.     Accompanying this Report of Discovery Conference and Scheduling Meeting is a Joint Proposed Scheduling Order. The parties respectfully request the Court complete the Scheduling Order with the dates set forth in Paragraphs 5, 6 and 12 above.

DATED this 7th day of September, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy S. Simon | /s/ Lee H. Ogburn |
| Lewis K. Loss, D.C. Bar No. 375793 | Lee H. Ogburn |
| Jeremy S. Simon, D.C. Bar No. 447956 | Bar Identification: MD00118 |
| THOMPSON, LOSS & JUDGE LLP | KRAMON & GRAHAM, P.A. |
| 1919 Pennsylvania Ave., N.W. | One South Street, Suite 2600 |
| Suite M-200 | Baltimore, Maryland 21202 |
| Washington, D.C. 20006 | Phone: 410-752-6030 |
| Phone: 202-772-5170 | Fax: 410-539-1269 |
| Fax: 202-772-5180 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *The Hartford Casualty Insurance Co.* |
| *Fireman's Fund Insurance Company* | *and Twin City Fire Insurance Co.* |

                /s/ *Sanford M. Saunders*
              Sanford M. Saunders (D.C. Bar No. 376098)
              Ross E. Eisenberg (D.C. Bar No. 489045)
              GREENBERG TRAURIG, LLP
              800 Connecticut Ave., N.W.
              Suite 500
              Washington, D.C. 20006
              Phone: 202-331-3100
              Fax: 202-331-3101

              *Attorneys for Defendant CTIA - The*
              *Wireless Association, f/k/a Cellular*
              *Telecommunications & Internet Association*

AGREED and so ORDERED, this _____ day of September, 2006.

              _____
              United States District Judge