IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, THE HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendants-Counterclaim Plaintiffs. | Case No.: 1:06-CV-00854-JDB |

## JOINT PROPOSED SCHEDULING ORDER

THIS CAUSE having come on to be heard upon the Report of Discovery Conference and Scheduling Meeting pursuant to FED. R. CIV. P. 26(f) and Rule 16.3 of the Local Rules of this Court, and the Court having reviewed the Report of Discovery Conference and Scheduling Meeting and being duly advised in the premises, it is thereupon

ORDERED AND ADJUDGED as follows:

1. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) are to be served by September 29, 2006.

2. The parties shall have until October 30, 2006 to join additional parties and to amend the pleadings without further leave of court.

3. Disclosures pursuant to FED. R. CIV. P. 26(a)(2), if any, shall be made as follows: (a) expert reports in support of the affirmative claims of any party shall be served by May 1, 2007;

(b) responsive reports shall be served by May 31, 2007; and (c) rebuttal reports shall be served by June 15, 2007.

      4.      All fact discovery in this matter shall be completed by June 29, 2007. Expert depositions, if any, shall occur during the period of June 15, 2007 through August 1, 2007.

      5.      Dispositive motions may be filed up to, but no later than, September 7, 2007. The parties shall have 30 days from the date of service to respond to any dispositive motion, and 20 days from service to reply to any response.

      6.      The Court shall resolve all dispositive motions by _____, 2007.

      7.      A pre-trial conference in this matter shall be held on January ___, 2008 at ___ a.m./p.m.

      8.      A trial date for this matter will be set at the pre-trial conference.

IT IS SO ORDERED this ___ day of September 2006.

_____
U.S. DISTRICT COURT JUDGE

Copies Furnished to:

Jeremy S. Simon, Esq.
Lee H. Ogburn, Esq.
Sanford M. Saunders, Esq.