## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No.: 1:06-CV-00854 (JDB) |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MARK E. MILLER

Pursuant to Local Rule LCvR 83.2(d) of the United States District Court for the District of Columbia, Ross Eisenberg, a member of the Bar of this Court, and an attorney of record for Defendant CTIA – The Wireless Association, formerly known as Cellular Telecom & Internet Association ("CTIA"), hereby moves the admission pro hac vice of Mark E. Miller to participate in the action on behalf of Defendant.  In support thereof, Defendant submits:

1.      An Affidavit signed by Mr. Miller stating that he is a member in good standing of the Bar of the District of Columbia, and has not been admitted to practice before this Court in the last two years.

2.      Mr. Miller is knowledgeable regarding the dispute between the parties, thus, it would be economical, as well as efficient, to allow Mr. Miller to appear in this action.

3.    A proposed Order granting Mr. Miller's admission is attached hereto.

Washington, D.C.

Dated: September 8, 2006

Respectfully submitted,

By:_____/s/ Ross E. Eisenberg_____
Sanford M. Saunders (No. 376098)
Ross E. Eisenberg (No. 489045)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone No. (202) 331-3100
Facsimile No. (202) 331-3101
eisenbergr@gtlaw.com

**ATTORNEYS FOR DEFENDANT,
CTIA – THE WIRELESS ASSOCIATION,
FORMERLY KNOWN AS CELLULAR
TELECOM & INTERNET ASSOCIATION
("CTIA")**

2