IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al.,<br><br>        Defendants. | Case No.: 1:06-CV-00854 |

**DECLARATION IN SUPPORT OF MOTION FOR**
**ADMISSION PRO HAC VICE OF MARK E MILLER**

Mark E. Miller, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of Greenberg Traurig, LLP with offices at 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C. 20006. My office telephone number is (202) 331-3100.

2. I have been a member of good standing of the Bar of the District of Columbia since 1995.

3. There have been no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction at any time.

4. In the past two years I have not been admitted to practice before this Court pro hac vice pursuant to Local Rule 83.2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 7, 2006

_____
Mark E. Miller (Bar No. 445743)


District of Columbia   )

I, Tanya Caudell, a Notary Public for the District of Columbia, hereby certify that this Declaration was signed by Mark E. Miller in my presence.

Subscribed and sworn to before on September 7, 2006.

[SEAL]

_____
Notary Public

My Commission Expires:   May 14, 2008