IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:06-CV-00854<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF MARK E. MILLER**

This matter came to be heard upon Defendant CTIA's motion to admit Mark E. Miller (the "Applicant") pro hac vice as counsel of record for CTIA. It appearing to the Court that the Applicant is an attorney of good standing, licensed in the District of Columbia, and is affiliated with Ross E. Eisenberg, an attorney licensed to practice in this Court, it is hereby

ORDERED that Mark E. Miller be admitted pro hac vice for purposes of this litigation to represent CTIA in matters before this Court.

Entered:  September _____, 2006

_____
Judge, United States District Court for the
District of Columbia