UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FIREMAN'S FUND INSURANCE COMPANY,

Plaintiff,

v.

CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, et al.,

Defendants.

Civil Action No. 06-00854 (JDB)

## ORDER

Upon consideration of defendant CTIA's motion for admission pro hac vice of Mark E. Miller, and the entire record herein, it is this 8th day of September, 2006, hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of this Court is directed to admit Mark E. Miller pro hac vice.

/s/ John D. Bates
JOHN D. BATES
United States District Judge