UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FIREMAN'S FUND INS. CO.,**

    Plaintiff,

    v.

**CTIA -- THE WIRELESS ASS'N, ET AL.,**

    Defendants.

Civil Action No.  06-854 (JDB)

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on September 12, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served by September 29, 2006.

2. The parties shall have until October 30, 2006 to join additional parties and to amend the pleadings without further leave of the Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows: (a) expert reports in support of the affirmative claims of any party shall be served by May 1, 2007; (b) responsive reports shall be served by May 31, 2007; and (c) rebuttal reports shall be served by June 15, 2007.

4. All fact discovery shall be completed by June 29, 2007.  Expert depositions, if

           any, shall occur during the period of June 15, 2007, through August 1, 2007.

5.      Dispositive motions shall be filed by not later than September 7, 2007.  Any oppositions shall be filed within thirty (30) days from the date on which the dispositive motion is served, and any replies shall be filed within twenty (20) days from the date on which the opposition is served.

7.      The parties shall appear for a status conference on February 14, 2007, at 9:00 a.m.

8.      As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

                                        /s/     John D. Bates
                                                John D. Bates
                                      United States District Judge

Dated:    September 12, 2006