IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br>Plaintiff-Counterclaim Defendant, <br><br>v. <br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, THE HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, <br><br>Defendants-Counterclaim Plaintiffs. | Case No.: 1:06-CV-00854-JDB |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the business address of Lewis K. Loss and Jeremy S. Simon, counsel of record for Plaintiff, Fireman's Fund Insurance Company, has changed to the following:

> Thompson, Loss & Judge, LLP
> Two Lafayette Centre
> 1133 21st Street, N.W.
> Suite 450
> Washington, D.C. 20036
>
> (202) 778-4060 (phone)
> (202) 778-4099 (fax)

Counsel's e-mail address has not changed.

Dated: October 10, 2006

Respectfully submitted,

/s/ Jeremy S. Simon
Lewis K. Loss, Esq.
Jeremy S. Simon, Esq.

2

Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 450
Washington, D.C. 20036

Attorneys for Plaintiff
Fireman's Fund Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 10, 2006, I caused to be served a true and correct copy of the foregoing by first-class mail, postage pre-paid, on:

>Sanford M. Saunders, Esq.
>Ross E. Eisenberg, Esq.
>Mark E. Miller, Esq.
>Greenberg Traurig, LLP
>800 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20006
>
>*Attorneys for CTIA – The Wireless Association*
>
>Lee H. Ogburn, Esq.
>John J. Kuchno, Esq.
>Kramon & Graham, P.A.
>1 South Street
>Baltimore, MD 21202
>
>*Attorneys for Hartford Casualty Co.*
>*and Twin City Fire Insurance Co.*

/s/ Jeremy S. Simon
Jeremy S. Simon