IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, THE HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendants-Counterclaim Plaintiffs. | Case No.: 1:06-CV-00854-JDB |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CTIA'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO FIREMAN'S FUND

Plaintiff-Counterclaim Defendant, Fireman's Fund Insurance Company ("Fireman's Fund") and Defendant-Counterclaim Plaintiff, CTIA – The Wireless Association, formerly known as Cellular Telecommunications & Internet Association ("CTIA"), pursuant to Fed.R.Civ.P. 29, hereby stipulate that Fireman's Fund shall have up to and including January 29, 2007, to respond pursuant to Fed.R.Civ.P. 33 and 34 to CTIA's First Set of Interrogatories and Document Requests to Fireman's Fund.

Dated: January 17, 2007

_____
Lewis K. Loss, D.C. Bar No. 375793
Jeremy S. Simon, D.C. Bar No. 447956
THOMPSON, LOSS & JUDGE LLP

1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)

*Attorneys for Fireman's Fund Insurance Company*

_____
Sanford M. Saunders
D.C. Bar No. 376098
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20006
Phone: 202-331-3100
Fax: 202-331-3101

*Attorneys for Defendant CTIA – The Wireless Association, formerly known as Cellular Telecommunications & Internet Association*