IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIREMAN'S FUND INSURANCE                    *
COMPANY,
                                            *
            Plaintiff,
                                            *       Case No.: 1:06CV00854
v.
                                            *
CELLULAR TELECOMMUNICATIONS
AND INTERNET ASSOCIATION, *et al.*          *

            Defendants                      *

    *    *    *    *    *    *    *    *    *    *    *

**MOTION OF GREENBERG TRAURIG LLP FOR LEAVE
TO WITHDRAW ROSS E. EISENBERG AS COUNSEL FOR CELLULAR
TELECOMMUNICATIONS AND INTERNET ASSOCIATION ("CTIA"), *et al.***

Greenberg Traurig, LLP and Ross E. Eisenberg hereby move for leave to withdraw Ross

E. Eisenberg as counsel for CTIA in this proceeding.   Effective, February 23, 2007, Ross

Eisenberg will no longer be affiliated with Greenberg Traurig, LLP, and will therefore no longer

be representing CTIA in this matter.

WHEREFORE, Greenberg Traurig LLP and Ross E. Eisenberg respectfully request that

this Court grant him leave to withdraw his appearance as counsel for CTIA.  A form of Order is

attached.

                                               Respectfully submitted,

By:    <u>/s/ Ross E. Eisenberg</u>
          Sanford M. Saunders (D.C. Bar No. 376098)
          Mark E. Miller (admitted pro hac vice)
          Ross E. Eisenberg (D.C. Bar No. 489045)
          Greenberg Traurig, LLP
          800 Connecticut Ave., N.W., Ste. 500
          Washington, D.C. 20006
          (202) 331-3100
          Attorney for CTIA

Dated: February 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, the **MOTION OF GREENBERG TRAURIG LLP FOR LEAVE TO WITHDRAW ROSS E. EISENBERG AS COUNSEL FOR CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION ("CTIA"),** *et al.* was served upon the following by first-class, postage prepaid mail:

> Lewis K. Loss, Esquire
> Jeremy S. Simon, Esquire
> THOMPSON, LOSS & JUDGE LLP
> Two Lafayette Centre
> 1133 21st Street, NW, Suite 450
> Washington, DC 20036

> Lee H. Ogburn, Esquire
> John J. Kuchno, Esquire
> Kramon & Graham, P.A.
> 1 South Street
> Baltimore, MD  21202

> /s/ Ross E. Eisenberg
> Ross E. Eisenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIREMAN'S FUND INSURANCE     *
COMPANY,

    *

                Plaintiff,

    *      Case No.: 1:06CV00854

v.

    *

CELLULAR TELECOMMUNICATIONS
AND INTERNET ASSOCIATION, *et al.*     *

                Defendants     *

*     *     *     *     *     *     *     *     *     *     *

## **<u>PROPOSED ORDER</u>**

**UPON CONSIDERATION** of the Motion of Greenberg Traurig LLP for Leave to

Withdraw Ross E. Eisenberg as Counsel for CTIA, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED and that Ross E. Eisenberg is henceforth not

associated with these proceedings.

Entered this _____day of _____, 2006.

_____

I ask for this:

<u>/s/ Ross E. Eisenberg</u>
Sanford M. Saunders (D.C. Bar No. 376098)
Mark E. Miller (admitted pro hac vice)
Ross E. Eisenberg (D.C. Bar No. 489045)

Greenberg Traurig, LLP
800 Connecticut Ave., N.W., Ste. 500
Washington, D.C. 20006