IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | |
| | * | Case No.: 1:06CV00854 |
| v. | | |
| | * | |
| CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, *et al.* | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE OF SANFORD M. SAUNDERS
AS COUNSEL OF RECORD FOR CELLULAR TELECOMMUNICATIONS
AND INTERNET ASSOCIATION ("CTIA")**

Please take notice that the undersigned counsel, being duly admitted to practice before this Court, hereby enters his appearance as counsel of record for Cellular Telecommunications and Internet Association ("CTIA").

Respectfully submitted,

By: /s/ Sanford M. Saunders
Sanford M. Saunders (D.C. Bar No. 376098)
Mark E. Miller (admitted pro hac vice)
Ross E. Eisenberg (D.C. Bar No. 489045)
Greenberg Traurig, LLP
800 Connecticut Ave., N.W., Ste. 500
Washington, D.C. 20006
(202) 331-3100
Attorneys for CTIA

Dated: February 27, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2007, the **ENTRY OF APPEARANCE FOR SANFORD SAUNDERS AS COUNSEL OF RECORD FOR CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION ("CTIA")**, *et al.* was served upon the following by first-class, postage prepaid mail:

      Lewis K. Loss, Esquire
      Jeremy S. Simon, Esquire
      THOMPSON, LOSS & JUDGE LLP
      Two Lafayette Centre
      1133 21st Street, NW, Suite 450
      Washington, DC 20036

      Lee H. Ogburn, Esquire
      John J. Kuchno, Esquire
      Kramon & Graham, P.A.
      1 South Street
      Baltimore, MD  21202

      /s/ Sanford M. Saunders
      Sanford M. Saunders