IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, THE HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>    Defendants-Counterclaim Plaintiffs. | Case No.: 1:06-CV-00854-JDB |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Without prejudice to or waiver of the terms of the agreement among them dated August 16, 2007, including the releases provided for therein, Plaintiff-Counterclaim Defendant, Fireman's Fund Insurance Company ("Fireman's Fund") and Defendants-Counterclaim Plaintiffs, CTIA – The Wireless Association, formerly known as Cellular Telecommunications & Internet Association ("CTIA") and Hartford Casualty Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), pursuant to FED. R. CIV. P. 41(a)(1)(ii), jointly stipulate that the claims they have asserted against each other shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated: August 28, 2007

*[signature]*
Lewis K. Loss, D.C. Bar No. 375793
Jeremy S. Simon, D.C. Bar No. 447956
THOMPSON, LOSS & JUDGE, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036
Phone: 202-778-4060
Fax: 202-778-4099

*Attorneys for Fireman's Fund Insurance Company*

*[signature]*
Sanford M. Saunders
D.C. Bar No. 376098
Mark E. Miller
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20006
Phone: 202-331-3100
Fax: 202-331-3101

*Attorneys for CTIA – The Wireless Association, formerly known as Cellular Telecommunications & Internet Association*

*[signature]*
Lee H. Ogburn
Bar Identification: MD00118
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269

*Attorneys for The Hartford Casualty Insurance Co. and Twin City Fire Insurance Co.*